UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br> v.<br><br>ACTION TELECOM, INC. (4),<br><br>   Defendant. | No. 17CR0879-JAH<br><br>**ORDER GRANTING JOINT MOTION TO EXCLUDE TIME** |

  Pending before the Court is a Joint Motion to Exclude Time Pursuant to the Speedy Trial Act by Plaintiff United States of America and Defendant Action Telecom, Inc., (Doc. No. 212). After careful review, the Court **GRANTS** the joint motion to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). The Court finds the ends of justice served by granting the motion outweigh the public and defendant's interests in a speedy trial.

//

//

//

//

1

IT IS ORDERED that the period of delay from the filing of the joint motion on October 15, 2019, (Doc. No. 212) until December 9, 2019, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

DATED: October 17, 2019

JOHN A. HOUSTON
United States District Court