FILED
FEB 2 0 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
ACTION TELECOM, INC. (4)

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 3:17-CR-00879-JAH

Benjamin J. Cheeks
Defendant Organization's Attorney

THE DEFENDANT ORGANIZATION:
☒ pleaded guilty to count(s)   12 of the Indictment
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:1001; 18:2 - | False Statements; Aiding and Abetting | 12 |

The defendant organization is sentenced as provided in pages 2 through __3__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) _____
☒ Count(s)  remaining counts  ☐ is ☒ are dismissed on the motion of the United States.

☒ Assessment : $ 400.00
☐ Fine ordered waived

   IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

February 10, 2020
Date of Imposition of Sentence

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

3:17-CR-00879-JAH

DEFENDANT ORGANIZATION: ACTION TELECOM, INC. (4)
CASE NUMBER: 3:17-CR-00879-JAH

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:

3 years

## MANDATORY CONDITION

[x] The defendant organization shall not commit another federal, state or local crime.

[x] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245S (CASD Rev. 08/13) Judgment in a Criminal Case

DEFENDANT: ACTION TELECOM, INC. (4)  
CASE NUMBER: 3:17-CR-00879-JAH

Judgment - Page 3 of 3

## FINE

The defendant shall pay a fine in the amount of   $159,175.00   unto the United States of America.

This sum shall be paid   ___   immediately.  
                            X    as follows: during probation period Defendant shall pay a rate of $1,500 per month with interest

The Court has determined that the defendant does have the ability to pay interest. It is ordered that:

___ The interest requirement is waived.  
X    The interest is modified as follows: interest accrued at the prevailing Government rate